UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY JANE SPARLING,<br><br>                      Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>                      Defendant. | CASE NO. C14-1397-RSM-MAT<br><br>REPORT AND RECOMMENDATION |

        Plaintiff brought this action to seek judicial review of the denial of an application for disability benefits by the Commissioner of the Social Security Administration. The parties now stipulate this case should be reversed and remanded for further proceedings. (Dkt. 20.)

        Based on the stipulation of the parties, the Court recommends this case be REVERSED and REMANDED for a *de novo* hearing and further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge (ALJ) shall: (1) consider any new evidence submitted relevant to the period at issue; (2) give further consideration to the medical opinion evidence and consider ordering a psychological consultative examination and report; (3) give consideration to the opinion of treating Nurse Scott; (4) give further consideration to the lay witness statements and testimony; (5) give further consideration to plaintiff's allegations; (6) re-determine plaintiff's residual functional capacity; and (7)

REPORT & RECOMMENDATION
PAGE - 1

continue with the remaining steps of the sequential evaluation, obtaining supplemental vocational evidence, if necessary.

The Court recommends that United States District Judge Ricardo S. Martinez immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A proposed order accompanies this Report and Recommendation.

DATED this 24th day of March, 2015.

Mary Alice Theiler
United States Magistrate Judge

REPORT & RECOMMENDATION
PAGE - 2